Opinion issued January 27, 2005











In The
Court of Appeals
For The
First District of Texas




NO. 01–04–01232-CV




ERICKA SHANNETTE COLBERT, Appellant

V.

MARLOUS B. FERGUSON, Appellee




On Appeal from the 314th District Court 
Harris County, Texas
Trial Court Cause No. 9643960




MEMORANDUM OPINIONAppellant Ericka Shannette Colbert has neither established indigence, nor paid
all the required fees. See Tex. R. App. P. 5 (requiring payment of fees in civil cases
unless indigent), 20.1 (listing requirements for establishing indigence); see also Tex.
Gov’t Code Ann. §§ 51.207, 51.941(a), 101.041 (Vernon Supp. 2004-2005) (listing
fees in court of appeals); Fees Civ. Cases B(1), (3) (listing fees in court of appeals). 
After being notified that this appeal was subject to dismissal, appellant Ericka
Shannette Colbert did not adequately respond. See Tex. R. App. P. 5 (allowing
enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).
          The appeal is dismissed for nonpayment of all required fees. All pending
motions are denied.
PER CURIAM
Panel consists of Justices Nuchia, Jennings, and Alcala.